DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
JOHN DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-320 GEB |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| ) JOHN DURAN ) | |
| ) Defendant. ) | |
| ) _____ ) ) | Date:  February 23, 2007 Time:  9:00 a.m. Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney JASON HITT, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOHN DURAN, that the status conference scheduled for January 19, 2007, be vacated and the matter be continued to this Court's criminal calendar on February 23, 2007, at 9:00 a.m, for further status.

This continuance is requested by the defense in order to permit further client consultation and further negotiations with the prosecution regarding finalization of a possible agreement.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 23, 2007 date, and that Mr. Hitt has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED**.

Dated: January 18, 2007        /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               JOHN DURAN

Dated: January 18, 2007        /S/ Jason Hitt
                               JASON HITT
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                2