DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JOHN DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JOHN DURAN<br>　　　　Defendant.<br>_____ | ) No. 06-320 GEB<br>)<br>) STIPULATION AND ORDER VACATING<br>) DATE, CONTINUING CASE, AND<br>) EXCLUDING TIME<br>)<br>) Date:  August 10, 2007<br>) Time:  9:00 a.m.<br>) Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney JASON HITT, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOHN DURAN, that the status conference scheduled for July 13, 2007, be vacated and the matter be continued to this Court's criminal calendar on August 10, 2007, at 9:00 a.m, for further status and possible change of plea.

This continuance is requested by the defense in order to permit further client consultation and further negotiations with the prosecution regarding finalization of a possible agreement. The prosecution has informed defense counsel that will be providing a

written plea agreement before the next court appearance.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 10, 2007 date, and that Mr. Hitt has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: July 10, 2007          /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for Defendant
                              JOHN DURAN

Dated: July 10, 2007          /S/ Jason Hitt
                              JASON HITT
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: July 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                    2