McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-06-0320 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER |
| | ) | CONTINUING JUDGMENT AND |
| v. | ) | SENTENCE |
| | ) | |
| JOHN FRANK DURAN, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant John Frank DURAN, by his counsel, Dina Santos, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of December 7, 2007, at 9:00 a.m. should be continued to December 14, 2007, at 9:00 a.m.

Dated: December 6, 2007          /s/Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

Dated: December 6, 2007          /s/Jason Hitt
                                 Authorized to sign for Ms. Barbour
                                 on 12-06-07
                                 GILBERT ROQUE, Esq.
                                 Counsel for MALONEY

_____

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of December 7, 2007, at 9:00 a.m., is CONTINUED to December 14, 2007, at 9:00 a.m.

IT IS SO ORDERED.

Date: December 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge